IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-01549-ZLW-BNB

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

RICHARD E. FRESIA,

        Defendant.

_____

ORDER

_____

        After consideration of the case file herein, I hereby exercise my discretion as a

senior judge to decline this case.  Therefore, it is

        ORDERED that this case is returned to the Clerk's office for reassignment to

another judge.

        Dated at Denver, Colorado, this   25   day of July, 2007.

                                BY THE COURT:


                                _____
                                ZITA L. WEINSHIENK, Senior Judge
                                United States District Court